COURT
OF APPEALS

                                         SECOND
DISTRICT OF TEXAS

                                                     FORT
WORTH

                                           NO. 2-08-464-CV

 

IN RE ELIZABETH ALLMOND                                                     RELATOR

                                                                                                           

                                                  ------------

                                       ORIGINAL
PROCEEDING

                                                  ------------

                                  MEMORANDUM
OPINION[1]

                                                  ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

JOHN CAYCE

CHIEF JUSTICE

 

 

PANEL: CAYCE, C.J.; LIVINGSTON and HOLMAN, JJ.

 

LIVINGSTON, J. concurs without opinion.

 








DELIVERED: 
December 16, 2008











    [1]See
Tex. R. App. P. 47.4.